UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20548-CIV-GOLD/McALILEY

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ONE 29' 2001 RENEGADE GO-FAST VESSEL,
AND INVENTORY,
REGISTERED AS FL 0134LR,

      Defendant.
_____/

## ORDER GRANTING DEFENDANT'S WITHDRAWAL OF CLAIM

THIS CAUSE came before the Court upon Defendant's Withdrawal of Claim [DE 9], and the Court being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED

1.    The Motion [DE 9] is GRANTED.

2.    Defendant Lazaro Llanes-Delgado is allowed to withdraw his claim filed on or about December 4, 2007 regarding ownership of the 29' 2001 Renegade vessel.

DONE AND ORDERED in Chambers, this 7th day of August, 2008.

                              ALAN S. GOLD
                              UNITED STATES DISTRICT JUDGE

cc:
Counsel of record