UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20548-CIV-GOLD/McALILEY

UNITED STATES OF AMERICA,

V.

ONE 2001 RENEGADE GO-FAST VESSEL,
AND INVENTORY, REGISTERED AS FL 0134 LR,

        Defendant.
_____/

## DEFAULT JUDGMENT OF FORFEITURE; CLOSING CASE

THIS CAUSE came before the Court on the United States Verified Motion For Default Judgment of Forfeiture [DE 11], and the Court having reviewed the court file and being duly advised in the premises, makes the following findings of fact:

1. Plaintiff, United States of America, filed a civil in rem forfeiture action against the defendant vessel on February 28, 2008, pursuant to 8 U.S.C. § 1324(b), as a vessel used in alien smuggling [DE # 01].

2. The Warrant of Arrest in Rem was issued on February 29, 2008 [DE# 2].

3. In response to the complaint, the registered owner of the vessel, Lazaro Llanes-Delgado, filed an Answer to the Complaint on March 29, 2008 [DE # 5].

4. On April 17, 2008, April 24, 2008 and May 01, 2008, legal notice of this pending lawsuit was effected in the Miami Daily Business Review and the Proof of Publication was filed on July 31, 2008 [DE # 10].

5. Notice of Civil Forfeiture also was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 17, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions and the Proof of Publication was filed on July 31, 2008 [DE # 10].

6.  On July 30, 2008, Lazaro Llanes-Delgado filed a Withdrawal Of Claim. [DE # 09].

7.  More than thirty (30) days have elapsed since the date of publication and no other claim or answer has been filed by any other claimant as required by 18 U.S.C. § 983(a)(4) and Rule G(5), of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, and the time to file a claim and answer has expired.

Based upon the above findings, and the Court being otherwise fully advised in the matter, it is hereby

ORDERED AND ADJUDGED:

1.  Plaintiff's Motion [DE 11] is GRANTED.

2.  Default judgment of forfeiture in favor of the United States is granted.

3.  All right, title and interest of Lazaro Llanes-Delgado and any other claimant in the defendant 2001 RENEGADE GO-FAST VESSEL AND INVENTORY, REGISTERED AS FL 0134 LR, is hereby forfeited to the United States, pursuant to 8 U.S.C. §1324 as a vessel used in alien smuggling. Accordingly, all right, title, claim and interest in the defendant vessel is hereby vested in the United States of America.

4.  The forfeited property shall be disposed of according to the law.

5.  The Clerk of Court is instructed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of August 2008.

_____
ALAN S. GOLD
U.S. DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of record